# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAMILLE CHATILOVICZ**<br><br>　　　　　**Plaintiff,**<br><br>　vs.<br><br>**SHK MANAGEMENT, INC., et al.,**<br><br>　　　　　**Defendants.** | **CASE NO.  1:12-cv-01115-BAH** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties to this action stipulate to the dismissal with prejudice of this action and all claims by Camille Chatilovicz against SHK Management, Inc., Korman Communities, Inc, and Korman Communities, GP I, LLC.

/s/ Stacey L. Schwaber
Stacey L. Schwaber, Esq., DC Bar No. 974714
Meredith S. Campbell, DC Bar No. 478529
SHULMAN, ROGERS, GANDAL
PORDY & ECKER, P.A.
12505 Park Potomac Avenue, 6th Floor
Potomac, MD 20854
Phone: 301-230-5200
Fax: 301-230-2891
Email: sschwaber@shulmanrogers.com
　　　mcampbell@shulmanrogers.com

*Counsel for Plaintiff*

/s/ Jennifer W. Persico
*(signed by Stacey Schwaber with permission)*
Jennifer W. Persico, DC Bar No. 14656
GORDON & REES LLP
700 12th Street, NW, Suite 1050
Washington, DC 20005
Phone: 202-372-9076
Fax: 202-800-2999
Email: jpersico@gordonrees.com

*Counsel for Defendants*

**SO ORDERED, this ___ day of _____, 2013.**　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**Hon. Beryl A. Howell, United States District Judge**